# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1661

_____

| | | |
|---|---|---|
| Michael Bellah, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Keith Boyd, Administrator for CMS; | * | Eastern District of Missouri. |
| Unknown Largespada; Unknown Rhee; | * | |
| Unknown Thurman; Unknown Elliott, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 7, 1998
Filed: July 20, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Michael Bellah, a Missouri prisoner, appeals from the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action claiming deliberate indifference to his serious medical needs. Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment on the basis of the district court's thorough and well-reasoned opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.